# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|                    |     |                      |
|--------------------|-----|----------------------|
| In re:             | §   |                      |
|                    | §   |                      |
| BLAGA, IOAN        | §   | Case No. 15-31166    |
|                    | §   |                      |
| Debtor             | §   |                      |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

   1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/12/2015 .  The undersigned trustee was appointed on 09/12/2015 .

   2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

   4.  The trustee realized gross receipts of     $     60,600.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 3.25 |
| Bank service fees | 154.84 |
| Other payments to creditors | 17,071.52 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 28,370.39 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was  07/25/2016  and the deadline for filing governmental claims was  07/25/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,310.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,310.00 , for a total compensation of $ 5,310.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 136.24 , for total expenses of $ 136.24 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/10/2017                    By:/s/Phillip D. Levey
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 5
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 15-31166 | TAB | Judge: TIMOTHY A. BARNES |
|---|---|---|---|
| Case Name: | BLAGA, IOAN | | |

For Period Ending: 04/10/17

| Trustee Name: | Phillip D. Levey |
|---|---|
| Date Filed (f) or Converted (c): | 09/12/15 (f) |
| 341(a) Meeting Date: | 10/30/15 |
| Claims Bar Date: | 07/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6050 North Francisco, #3E, Chicago, IL | 100,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank Account | 3,838.94 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD FURNISHINGS | 450.00 | 0.00 | | 0.00 | FA |
| 5. Personal Clothing | 50.00 | 0.00 | | 0.00 | FA |
| 6. 2010 Toyota RAV 4 | 12,000.00 | 10,600.00 | | 10,600.00 | FA |
| 7. Peronal Injury Action - Blaga v. Old Dominion (u) | 60,000.00 | 10,000.00 | | 50,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $176,358.94 | $20,600.00 | | $60,600.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settlement negotiations re Blaga v. Old Dominion Freight Line.

Initial Projected Date of Final Report (TFR): 10/31/16      Current Projected Date of Final Report (TFR): 10/31/16

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 15-31166 -TAB |
| Case Name: | BLAGA, IOAN |
| Taxpayer ID No: | *******7790 |
| For Period Ending: | 04/10/17 |

| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5174  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/22/16 | 6 | Floarea Blaga | Sale of Automobile | 1129-000 | 10,600.00 | | 10,600.00 |
| | | | Payment on behalf of Ioan Blaga, debtor. | | | | |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,590.00 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.74 | 10,574.26 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.21 | 10,559.05 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.70 | 10,543.35 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.68 | 10,527.67 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.14 | 10,513.53 |
| 03/10/17 | 7 | Illinois National Insurance Co. | SETTLEMENT | 1242-000 | 50,000.00 | | 60,513.53 |
| | | On Behalf of Old Dominion Freight Line | | | | | |
| 03/23/17 | 010001 | International Sureties, Inc. | | 2300-000 | | 3.25 | 60,510.28 |
| | | 701 Poydras St. - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/28/17 | 010002 | Ioan Blaga | Exemption - Personal Injury Claim | 8100-000 | | 15,000.00 | 45,510.28 |
| | | 6050 North Francisco Ave. | Payment per Order dated August 10, 2016. | | | | |
| | | Unit 3E | | | | | |
| | | CHICAGO, IL  60659 | | | | | |
| 03/28/17 | 010003 | ANTHONY J. PERAICA | Attorney Lien re Personal Injury | 4210-000 | | 10,203.84 | 35,306.44 |
| | | ANTHONY J. PERAICA & ASSOC., LTD. | Payment per Order dated August 10, 2016. | | | | |
| | | 5130 SOUTH ARCHER AVENUE | | | | | |
| | | CHICAGO, IL  60632 | | | | | |
| 03/28/17 | 010004 | Cavanagh Law Group | Attorney Lien re Personal Injury | 4210-000 | | 3,587.68 | 31,718.76 |
| | | 161 North Clark Street | Payment per Order dated August 10, 2016. | | | | |
| | | Suite 2070 | | | | | |
| | | Chicago, IL  60601 | | | | | |
| 03/28/17 | 010005 | North Springfield Family ChiropracticLLC | Physician Lien re Personal Injury | 4210-000 | | 3,280.00 | 28,438.76 |
| | | Dr. Marcel Popa, DC | Payment per Order dated August 10, 2016. | | | | |
| | | 17130 Lawrence 2109 | | | | | |
| | | | Page Subtotals | | 60,600.00 | 32,161.24 | |

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 15-31166 -TAB |
| Case Name: | BLAGA, IOAN |
| Taxpayer ID No: | *******7790 |
| For Period Ending: | 04/10/17 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5174  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/17 | | Mount Vernon, MO 65712 ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.37 | 28,370.39 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 60,600.00 | 32,229.61 | 28,370.39 |
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 60,600.00 | 32,229.61 | |
| | Less:  Payments to Debtors | | 15,000.00 | |
| | Net | 60,600.00 | 17,229.61 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******5174 | 60,600.00 | 17,229.61 | 28,370.39 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 60,600.00 | 17,229.61 | 28,370.39 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 68.37 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number:    15-31166
Debtor Name:    BLAGA, IOAN

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2100-00 | Phillip; D. Levey 2722 North Racine Ave. Chicago, IL  60614 | Administrative | | $0.00 | $5,310.00 | $5,310.00 |
| 001 3110-00 | Phillip D. Levey 2722 North Racine Ave. Chicago, IL  60614 | Administrative | | $0.00 | $10,530.00 | $10,530.00 |
| 001 2200-00 | Phillip D. Levey | Administrative | | $0.00 | $136.24 | $136.24 |
| 000001 050 4210-00 | North Springfield Family ChiropracticLLC Dr. Marcel Popa, DC 17130 Lawrence 2109 Mount Vernon, MO 65712 | Secured | | $0.00 | $3,280.00 | $3,280.00 |
| 000002 058 5800-00 | Dept. of the Treasury Internal Revenue Service PO Box 9019 Holtsville, NY 11742-9019 | Priority | | $0.00 | $4,620.88 | $4,620.88 |
| 000003 070 7100-00 | Eusebiu Lucian Blaga 1901 Bishop Ridge Road Knoxville, TN 37922 | Unsecured | | $0.00 | $9,800.00 | $9,800.00 |
| 000004 070 7100-00 | Old Dominion Freight Line, Inc. c/o Daniel P. Jackson 222 N. LaSalle, Suite 2600 Chicago IL, 60601 | Unsecured | | $0.00 | $841,694.15 | $841,694.15 |
| BOND 999 2300-00 | International Sureties, Ltd. 701 Poydras St. - Suite 420 New Orleans, LA  70139 | Administrative | | $0.00 | $3.25 | $3.25 |
| | Subtotal For Claim 2300-00 | | | $0.00 | $875,374.52 | $875,374.52 |
| | Case Totals: | | | $0.00 | $875,374.52 | $875,374.52 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-31166
Case Name: BLAGA, IOAN
Trustee Name: Phillip D. Levey

Balance on hand                                        $        28,370.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | North Springfield Family ChiropracticLLC Dr. Marcel Popa, DC 17130 Lawrence 2109 Mount Vernon, MO 65712 | $ 3,280.00 | $ 3,280.00 | $ 3,280.00 | $ 0.00 |

Total to be paid to secured creditors            $                0.00

Remaining Balance                                 $           28,370.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 5,310.00 | $ 0.00 | $ 5,310.00 |
| Trustee Expenses: Phillip D. Levey | $ 136.24 | $ 0.00 | $ 136.24 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 10,530.00 | $ 0.00 | $ 10,530.00 |
| Other: International Sureties, Ltd. | $ 3.25 | $ 3.25 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $        15,976.24

Remaining Balance                                          $        12,394.15

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,620.88  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Dept. of the Treasury Internal Revenue Service PO Box 9019 Holtsville, NY 11742-9019 | $          4,620.88 | $            0.00 | $          4,620.88 |

|  | | Total to be paid to priority creditors | $          4,620.88 |
|---|---|---|---|
|  | | Remaining Balance | $          7,773.27 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 851,494.15  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Eusebiu Lucian Blaga 1901 Bishop Ridge Road Knoxville, TN 37922 | $          9,800.00 | $            0.00 | $          89.46 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Old Dominion Freight Line, Inc. c/o Daniel P. Jackson 222 N. LaSalle, Suite 2600 Chicago IL, 60601 | $       841,694.15 | $             0.00 | $        7,683.81 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $              7,773.27 |
| Remaining Balance | $                   0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*