UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Ioan Blaga, | ) | Case No. 15 B 31166 |
| | ) | |
| Debtor(s). | ) | |

**CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

I, Phillip D. Levey, an attorney, certify, that on April 23, 2017, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

## SERVICE LIST

<u>VIA U.S. MAIL</u>

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Eusebiu Lucian Blaga
1901 Bishop Ridge Road
Knoxville, TN 37922-6216

North Springfield Family Chiropractic, LLC
Dr. Marcel Popa, DC
17130 Lawrence 2109
Mount Vernon, MO 65712-7447

Old Dominion Freight Line, Inc.
c/o Daniel P. Jackson
222 N. LaSalle, Suite 2600
Chicago, IL 60601-1104

Ioan Blaga
6050 North Francisco Ave.
Unit 3E
Chicago, IL 60659

<u>VIA CM/ECF</u>

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Anthony J Peraica
Anthony J. Peraica & Associates, Ltd.
5130 South Archer Avenue
Chicago, IL 60632