UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
BLAGA, IOAN § Case No. 15-31166
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 100,000.00  *(Without deducting any secured claims)* | Assets Exempt: 21,758.94 |
| Total Distributions to Claimants: 29,465.67 | Claims Discharged Without Payment: 843,720.88 |
| Total Expenses of Administration: 16,134.33 | |

3) Total gross receipts of $ 60,600.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 45,600.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 17,071.52 | $ 17,071.52 | $ 17,071.52 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,134.33 | 16,134.33 | 16,134.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 4,620.88 | 4,620.88 | 4,620.88 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 851,494.15 | 851,494.15 | 7,773.27 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 889,320.88 | $ 889,320.88 | $ 45,600.00 |

    4)  This case was originally filed under chapter 7 on  09/12/2015 .  The case was pending for 22 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/14/2017             By:/s/Phillip D. Levey
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Toyota RAV 4 | 1129-000 | 10,600.00 |
| Peronal Injury Action - Blaga v. Old Dominion | 1242-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 60,600.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ioan Blaga | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAVANAGH LAW GROUP | 4210-000 | NA | 3,587.68 | 3,587.68 | 3,587.68 |
| 000001 | NORTH SPRINGFIELD FAMILY CHIROPRACT | 4210-000 | NA | 3,280.00 | 3,280.00 | 3,280.00 |
| | PERAICA, ANTHONY J. | 4210-000 | NA | 10,203.84 | 10,203.84 | 10,203.84 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 17,071.52** | **$ 17,071.52** | **$ 17,071.52** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP; D. | 2100-000 | NA | 5,310.00 | 5,310.00 | 5,310.00 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 136.24 | 136.24 | 136.24 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 3.25 | 3.25 | 3.25 |
| ASSOCIATED BANK | 2600-000 | NA | 154.84 | 154.84 | 154.84 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 10,530.00 | 10,530.00 | 10,530.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,134.33 | $ 16,134.33 | $ 16,134.33 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DEPT. OF THE TREASURY | 5800-000 | NA | 4,620.88 | 4,620.88 | 4,620.88 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 4,620.88 | $ 4,620.88 | $ 4,620.88 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | EUSEBIU LUCIAN BLAGA | 7100-000 | NA | 9,800.00 | 9,800.00 | 89.46 |
| 000004 | OLD DOMINION FREIGHT LINE, INC. | 7100-000 | NA | 841,694.15 | 841,694.15 | 7,683.81 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 851,494.15 | $ 851,494.15 | $ 7,773.27 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-31166  TAB  Judge: TIMOTHY A. BARNES | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BLAGA, IOAN | Date Filed (f) or Converted (c): | 09/12/15 (f) |
| | | 341(a) Meeting Date: | 10/30/15 |
| For Period Ending: | 04/10/17 | Claims Bar Date: | 07/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6050 North Francisco, #3E, Chicago, IL | 100,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank Account | 3,838.94 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD FURNISHINGS | 450.00 | 0.00 | | 0.00 | FA |
| 5. Personal Clothing | 50.00 | 0.00 | | 0.00 | FA |
| 6. 2010 Toyota RAV 4 | 12,000.00 | 10,600.00 | | 10,600.00 | FA |
| 7. Peronal Injury Action - Blaga v. Old Dominion (u) | 60,000.00 | 10,000.00 | | 50,000.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $176,358.94 | $20,600.00 | | $60,600.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settlement negotiations re Blaga v. Old Dominion Freight Line.

Initial Projected Date of Final Report (TFR): 10/31/16    Current Projected Date of Final Report (TFR): 10/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-31166 -TAB | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BLAGA, IOAN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5174 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7790 | | | |
| For Period Ending: | 07/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/22/16 | 6 | Floarea Blaga | Sale of Automobile | 1129-000 | 10,600.00 | | 10,600.00 |
| | | | Payment on behalf of Ioan Blaga, debtor. | | | | |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,590.00 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.74 | 10,574.26 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.21 | 10,559.05 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.70 | 10,543.35 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.68 | 10,527.67 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.14 | 10,513.53 |
| 03/10/17 | 7 | Illinois National Insurance Co. | SETTLEMENT | 1242-000 | 50,000.00 | | 60,513.53 |
| | | On Behalf of Old Dominion Freight Line | | | | | |
| 03/23/17 | 010001 | International Sureties, Ltd. | | 2300-000 | | 3.25 | 60,510.28 |
| | | 701 Poydras St. - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/28/17 | 010002 | Ioan Blaga | Exemption - Personal Injury Claim | 8100-000 | | 15,000.00 | 45,510.28 |
| | | 6050 North Francisco Ave. | Payment per Order dated August 10, 2016. | | | | |
| | | Unit 3E | | | | | |
| | | CHICAGO, IL 60659 | | | | | |
| 03/28/17 | 010003 | ANTHONY J. PERAICA | Attorney Lien re Personal Injury | 4210-000 | | 10,203.84 | 35,306.44 |
| | | ANTHONY J. PERAICA & ASSOC., LTD. | Payment per Order dated August 10, 2016. | | | | |
| | | 5130 SOUTH ARCHER AVENUE | | | | | |
| | | CHICAGO, IL 60632 | | | | | |
| 03/28/17 | 010004 | Cavanagh Law Group | Attorney Lien re Personal Injury | 4210-000 | | 3,587.68 | 31,718.76 |
| | | 161 North Clark Street | Payment per Order dated August 10, 2016. | | | | |
| | | Suite 2070 | | | | | |
| | | Chicago, IL 60601 | | | | | |
| 03/28/17 | 010005 | North Springfield Family ChiropracticLLC | Physician Lien re Personal Injury | 4210-000 | | 3,280.00 | 28,438.76 |
| | | Dr. Marcel Popa, DC | Payment per Order dated August 10, 2016. | | | | |
| | | 17130 Lawrence 2109 | | | | | |

Page Subtotals        60,600.00     32,161.24

Ver: 20.00b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 15-31166 -TAB | | Trustee Name: | Phillip D. Levey |
| Case Name: | BLAGA, IOAN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5174  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7790 | | | |
| For Period Ending: | 07/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Mount Vernon, MO 65712 | | | | | |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.37 | 28,370.39 |
| 05/30/17 | 010006 | Phillip; D. Levey | Trustee Compensation | 2100-000 | | 5,310.00 | 23,060.39 |
| | | 2722 North Racine Ave. | | | | | |
| | | Chicago, IL  60614 | | | | | |
| 05/30/17 | 010007 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 136.24 | 22,924.15 |
| 05/30/17 | 010008 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 10,530.00 | 12,394.15 |
| | | 2722 North Racine Ave. | | | | | |
| | | Chicago, IL  60614 | | | | | |
| 05/30/17 | 010009 | Dept. of the Treasury | Claim 000002, Payment 100.00000% | 5800-000 | | 4,620.88 | 7,773.27 |
| | | Internal Revenue Service | | | | | |
| | | PO Box 9019 | | | | | |
| | | Holtsville, NY 11742-9019 | | | | | |
| 05/30/17 | 010010 | Eusebiu Lucian Blaga | Claim 000003, Payment 0.91286% | 7100-000 | | 89.46 | 7,683.81 |
| | | 1901 Bishop Ridge Road | | | | | |
| | | Knoxville, TN 37922 | | | | | |
| 05/30/17 | 010011 | Old Dominion Freight Line, Inc. | Claim 000004, Payment 0.91290% | 7100-000 | | 7,683.81 | 0.00 |
| | | c/o Daniel P. Jackson | (4-1) See Attached Document | | | | |
| | | 222 N. LaSalle, Suite 2600 | | | | | |
| | | Chicago IL, 60601 | | | | | |

Page Subtotals     0.00     28,438.76

Ver: 20.00b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 15-31166 -TAB | | Trustee Name: | Phillip D. Levey |
| Case Name: | BLAGA, IOAN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5174  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7790 | | | |
| For Period Ending: | 07/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | COLUMN TOTALS | | 60,600.00 | 60,600.00 | 0.00 |
|  | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
|  | Subtotal | | 60,600.00 | 60,600.00 | |
|  | Less: Payments to Debtors | | | 15,000.00 | |
|  | Net | | 60,600.00 | 45,600.00 | |

|  |  |  |  |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Checking Account (Non-Interest Earn - *******5174 | 60,600.00 | 45,600.00 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 60,600.00 | 45,600.00 | 0.00 |
|  | ============== | ============== | ============== |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 20.00b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*